IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND HANSEN an individual, et al.,<br><br>Defendants. | CV 20-64-BLG-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of Elissa M. Boyd to practice before this Court in this case with David P. Rossmiller to act as local counsel. Ms. Boyd's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Elissa M. Boyd pro hac vice is GRANTED on the condition that Ms. Boyd shall do her own work. This means that Ms. Boyd must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Boyd may move for the admission pro hac vice of

one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Boyd.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Boyd, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 19th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge