UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND HANSEN, an individual, LOLA HANSEN, an individual, and JASON KLEIN, as Personal Representative of THE ESTATE OF TERRY KLEIN, SR.,<br><br>Defendants. | Case No. CV-20-064-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 60), Judgment is entered in favor of Plaintiff and against the Defendants.

      Dated this 21st day of March 2022.

                                  TYLER P. GILMAN, CLERK

                                  By: <u>/s/ Heidi Gauthier</u>
                                  Heidi Gauthier, Deputy Clerk